1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11    NATHANAEL LEE SMITH,                      Case No.  1:24-cv-00592-KES-BAM

12              Plaintiff,                      **ORDER GRANTING PLAINTIFF'S**
                                                **APPLICATION TO PROCEED WITHOUT**
13         v.                                   **PREPAYMENT OF FEES OR COSTS**

14    GAVIN NEWSOME, et al.,                    (Doc. 2)

15              Defendants.

16

17

18         Plaintiff Nathanael Lee Smith ("Plaintiff"), proceeding *pro se*, filed this action on May 17,

19    2024.  (Doc. 1.)  Plaintiff did not pay the filing fee in this action and instead filed an application

20    to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Doc. 2.)  Plaintiff has made the

21    showing required by section 1915(a), and accordingly, the request to proceed *in forma pauperis*

22    will be granted.  28 U.S.C. § 1915(a).

23         Plaintiff is advised that the Court is required to screen complaints of *pro se* litigants

24    proceeding *in forma pauperis* pursuant to Title 28 of the United States Code section 1915(e)(2).

25    The Court must dismiss a complaint or portion thereof if the action is legally "frivolous or

26    malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief

27    against a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2)(B).  As a result, no

28    summons will issue at this time.  The Court will direct the United States Marshal to serve

1

1    Plaintiff's complaint only after the Court has screened the complaint and determined that it

2    contains cognizable claims for relief against the named defendant.  The Court will screen

3    Plaintiff's complaint in due course.

4

5    IT IS SO ORDERED.

6        Dated:   **May 22, 2024**                    /s/ *Barbara A. McAuliffe*       _

7                                                     UNITED STATES MAGISTRATE JUDGE

2