1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    NATHANAEL LEE SMITH,                         Case No.  1:24-cv-00592-KES-BAM

12              Plaintiff,                          ORDER ADOPTING FINDINGS AND
                                                    RECOMMENDATIONS AND DENYING
13         v.                                       PLAINTIFF'S MOTION TO STAY LOWER
                                                    COURT ORDERS
14    GAVIN NEWSOME, et al.,
                                                    Docs. 6, 12
15              Defendants.

16

17         Plaintiff Nathanael Smith is proceeding pro se and in forma pauperis in this action.  On

18    May 28, 2024, plaintiff filed a motion to stay lower court orders, requesting the Court stay the

19    enforcement of orders issued by the Tuolumne County Superior Court pending resolution of the

20    instant action.  Doc. 6.

21         On March 24, 2025, the magistrate judge issued findings and recommendations, noting

22    that the federal court does not have jurisdiction to review the state court's orders, construing

23    plaintiff's motion as a motion for preliminary injunction, and finding that plaintiff had not met the

24    requirements for the injunctive relief sought.  Doc. 12.  The magistrate judge recommended that

25    plaintiff's motion to stay lower court orders, construed as a motion for preliminary injunction, be

26    denied.  *Id.* at 4.  The findings and recommendations were served on plaintiff and contained

27    notice that any objections to the findings and recommendations were to be filed within fourteen

28
                                                    1

1   (14) days of service.  *Id.*  Plaintiff did not file any objections within the time prescribed.[1]

2         In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of

3   this case.  Having carefully reviewed the file, the Court concludes that the findings and

4   recommendations are supported by the record and proper analysis.

5         Accordingly,

6         1.   The findings and recommendations issued on March 24, 2025, Doc. 12, are adopted in

7              full;

8         2.   Plaintiff's motion, Doc. 6, is denied;

9         3.   This matter is referred back to the magistrate judge for further proceedings consistent

10             with this order.

11

12

13  IT IS SO ORDERED.

14     Dated:    September 1, 2025                    _____
                                                      UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26
    _____
27  [1] After expiration of the objection deadline, but while the findings and recommendations were
    pending, plaintiff filed a notice of appeal.  Doc. 15.  On July 23, 2025, the Ninth Circuit
    dismissed the appeal.  Doc. 18.  The Ninth Circuit issued its mandate on August 14, 2025.
28  Doc. 19.