UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANAEL SMITH,<br>Plaintiff,<br>v.<br>GAVIN NEWSOME, *et al.*,<br>Defendants. | Case No. 1:24-cv-00592-KES-BAM<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 21) |

Plaintiff Nathanael Lee Smith ("Plaintiff"), proceeding pro se and in forma pauperis, initiated this action on May 17, 2024. (ECF No. 1.) On March 21, 2025, the assigned magistrate judge screened Plaintiff's First Amended Complaint and found that it failed to comply with Federal Rule of Civil Procedure 8 and failed to state a cognizable claim. (ECF No. 11.) Plaintiff was granted an opportunity to amend his complaint to cure the identified deficiencies. (*Id.*) On April 14, 2025, Plaintiff filed a Second Amended Complaint. (ECF No. 14.) The assigned magistrate judge subsequently screened the Second Amended Complaint.

On January 15, 2026, the assigned magistrate judge issued findings and recommendations regarding Plaintiff's Second Amended Complaint, recommending that (1) Plaintiff's claims be dismissed, with prejudice, based on Plaintiff's failure to comply with

Federal Rule of Civil Procedure 8 and failure to state a claim, and (2) the Court decline to provide Plaintiff further leave to amend because further amendments would be futile. (ECF No. 21.) The findings and recommendations were served on Plaintiff via mail and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 13.) Plaintiff has filed objections, which the Court has reviewed. (ECF No. 22.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1), this Court has reviewed this matter de novo. Having carefully reviewed the file, including Plaintiff's objections, the court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly, it is hereby ordered that:

1. The Findings and Recommendations issued on January 15, 2026 (ECF No. 21) are ADOPTED IN FULL; and
2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 31, 2026

UNITED STATES DISTRICT JUDGE